# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2020 KW 0350

VERSUS

JASON JARRELL SPIKES                                    **MAY 26, 2020**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington,
          No. 16-CR6-129868.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**


                              PMc
                              JEW
                              GH


COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT